IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| FCM, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 07-1298-AS |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WASHINGTON MUTUAL BANK, a | ) | |
| Washington corporation; and RAYMOND | ) | |
| E. LINDLEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

  Alan A. Lave
  222 S.W. Columbia Street, Suite 1600
  Portland, Oregon  97201-6616

    Attorney for Plaintiff

  Cody M. Weston
  David P. R. Symes
  Perkins Coie, LLP
  1120 NW Couch Street, 10th Floor
  Portland, Oregon  97209-4128

    Attorneys for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Donald C. Ashmanskas, United States Magistrate Judge, filed Findings and Recommendation on November 28, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Ashmanskas' Findings and Recommendation (#18).

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Lindley (#4) is GRANTED and Plaintiff's Motion to Remand (#8) is DENIED.

Dated this      21st      day of December, 2007.

      /s/ Garr M. King
      Garr M. King
      United States District Judge